IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JEFFREY TAYLOR | : | |
|     Plaintiff, | | |
| v. | : | CIVIL NO. 07-4883 |
| REBECCA MOLETSKY in her individual capacity and as an agent for the Borough of Pottstown; and, THE BOROUGH OF POTTSTOWN | : | |
|     Defendants. | : | |

## **ORDER**

AND NOW, this 22nd day of January, 2010, upon consideration of: Defendants' Motion for Summary Judgment (Doc. No. 28); Defendants' Statement of Material Undisputed Facts and Exhibits in Support of Motion for Summary Judgment (Doc. Nos. 29, 30); Plaintiff's Response in Opposition to Defendants' Motion for Summary Judgment (Doc. No. 31); and, Plaintiff's Response to Defendants' Statement of Undisputed Facts with Exhibits (Doc. Nos. 32, 33), it is hereby ORDERED and DECREED that Defendants' Motion is GRANTED as to Counts I, III and IV of Plaintiff's Complaint and DENIED as to Count II.

BY THE COURT:

/s/ C. Darnell Jones  II    J.